UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
IDT NETHERLANDS, B.V. (Puerto Rico Branch) :
and UNION TELECARD ALLIANCE, LLC, :
: 03 CV 0123 (SJF)(MDG)
Plaintiffs, :
: **STIPULATION OF DISMISSAL**
vs. : **WITH PREJUDICE**
:
STI PHONECARD INC. and SAMER TAWFIK, :
:
Defendants. :
:
:
:
----------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DI??????????T E.D.N.Y.
★ JUN 15 2005 ★

P.M. _____
TIME A.M. _____

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for the above-named parties that the abovementioned civil action brought by IDT Netherlands B.V. ("IDT") and Union Telecard Alliance, LLC ("UTA") (collectively, "Plaintiffs") against defendants STI Phonecard, Inc. ("STI") and Samer Tawfik ("Tawfik") (collectively "Defendants") shall be dismissed with prejudice, each party to bear its own costs.

Dated: May 16, 2005

BAKER & HOSTETLER LLP

By: _____
Gerald J. Ferguson (GF-0370)
Thomas A. Guida (TG-3600)
Kristin J. Casillo (KC-1287)
666 Fifth Avenue
New York, NY 10103
(212) 589-4200

*Attorneys for Plaintiffs*
*IDT Netherlands B.V. and*
*Union Telecard Alliance, LLC*

COOPER & DUNHAM LLP

By: *Robert T. Maldonado*
William E. Pelton, Esq. (WP-1850)
Peter D. Murray, Esq. (PM-5912)
Robert T. Maldonado, Esq. (RM-7873)
Robert D. Katz, Esq. (RK-5155)
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

*Attorneys for Defendants*
*STI Phonecard, Inc. and Samer Tawfik*

So Ordered:

X _____ s/SJF
Hon. Sandra J. Feuerstein   6/14/2005
United States District Judge